Ralph E. Racey and Nellie F. Racey, his wife, Appellants, v. W. M. Jermyn, J. C. Hickson, Charles W. Hill, L. T. Highleyman, R. W. McLendon, W. T. Carter, J. C. Gramling and Frank Smathers, Trustees of the Fidelity Bank & Trust Company, a corporation, Appellees.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Bart A. Riley,* for Appellants.

*E. B. Kurtz,* for Appellees.

---

R. B. Trueman, J. J. McGrath and C. M. Slaughter, Appellants, v. The American Agricultural Chemical Company, a corporation, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for the respective parties.

*Kay, Adams & Ragland,* for Appellants.

*Fleming, Hamilton, Diver & Fleming,* for Appellees.

---

Lester Windsor, Plaintiff in Error, v. J. C. Swindell, Defendant in Error.

A Writ of Error to the Circuit Court for Polk County.